UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-215-T-17AEP

ERASMO AGUINAGA

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Dkt. 115) pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure for one MetroPCS Cell Phone, Model HUAWEI-M835, Serial Number: A000002E7B8F62.

On December 15, 2014, the Court entered a Preliminary Order of Forfeiture for the asset described above, pursuant to 18 U.S.C. § 2428. Doc. 98.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from December 16, 2014 through January 14, 2015. Doc. 109. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party or entity has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Case No. 8:13-CR-215-T-17AEP

Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' Motion (Dkt. 115) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. Sec. 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset identified above is **CONDEMNED and FORFEITED** to the United States for disposition according to law.

Clear title to the asset is now vested in the United States of America.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 29th day of June, 2016.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of record